UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA B. DE LA TORRE, | No.  1:25-cv-1127-GSA |
| Plaintiff, | **ORDER GRANTING EAJA FEES** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendants. | |

As stipulated by the parties, IT IS SO **ORDERED** that Rosa B. De La Torre is awarded attorney fees and expenses in the amount of SEVEN THOUSAND FIVE HUNDRED dollars ($7,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412,  pursuant to the terms of the stipulation (ECF No. 23).

IT IS SO ORDERED.

Dated:   **April 16, 2026**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1